IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CECIL BRADLEY MATHEWS,

    Petitioner,

v.                                                            4:12cv373-WS/CAS

MICHAEL D. CREWS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed June 18, 2013.  See Doc. 22.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be summarily dismissed.  The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 22) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition for writ of habeas corpus is DISMISSED as moot.

3.  The respondent's motion to dismiss (doc. 12) is DENIED as moot.

4.  The clerk shall enter judgment stating: "All claims against the respondent are dismissed."

5.  A certificate of appealability shall not issue.

DONE AND ORDERED this   5th   day of    August   , 2013.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE